Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−19551−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ibilola A Ighama−Amegor
  aka Ibilola A Amegor, aka Ibilola A
  Ighama
  202−204 Keer Avenue
  Newark, NJ 07112

Social Security No.:
  xxx−xx−3314

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/12/24
Time:          08:30 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 21, 2024
JAN: dlr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-19551-JKS
Ibilola A Ighama-Amegor  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Oct 21, 2024      Form ID: 132      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ibilola A Ighama-Amegor, 202-204 Keer Avenue, Newark, NJ 07112 |
| 520405167 | + | Deutsche Bank National Trust Company, Attn: KML Law Group, PC, Mellon Independence Center, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 520405168 | + | Intensive Supervision Program, 1510 Hooper Avenue, #120, Toms River, NJ 08753-2228 |
| 520405170 | | Mountainside Hospital, Bay Avenue and Highland Avenue, Bloomfield, NJ 07003 |
| 520405169 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 520405171 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 520405174 | + | North Jersey Federal Credit Union, Customer Service, P0 Box 30495, Tampa, FL 33630-3495 |
| 520405175 | + | North Jersey Federal Credit Union, PO Box 31279, Tampa, FL 33631-3279 |
| 520405183 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520405162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2024 21:00:11 | Best Buy, PO Box 9001557, Louisville, KY 40290-1557 |
| 520405164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2024 20:49:17 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520405163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2024 20:48:29 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 520405165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2024 20:49:20 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520405166 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Oct 21 2024 20:51:00 | City of Newark, Tax Collector, 920 Broad Street, Rm. 104, Newark, NJ 07102-2696 |
| 520405172 | + | Email/Text: bankruptcy@njfcu.org | Oct 21 2024 20:51:00 | North Jersey Federal Credit Union, 30 Bergen St., Newark, NJ 07107-3000 |
| 520405173 | + | Email/Text: bankruptcy@njfcu.org | Oct 21 2024 20:51:00 | North Jersey Federal Credit Union, 711 Union Blvd., Totowa, NJ 07512-2207 |
| 520405176 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 21 2024 20:51:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Ref: F-29953-08), Salt Lake City, UT 84119-3284 |
| 520405177 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 21 2024 20:51:00 | Select Portfolio Servicing, LLC, 10401 Deerwood Park Blvd, Ref: F-29953-08), Jacksonville, FL 32256-0505 |
| 520405178 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2024 20:49:56 | Synchrony Bank, PO Box 71711, Philadelphia, PA |

Case 24-19551-JKS    Doc 13    Filed 10/23/24    Entered 10/24/24 00:15:40    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 132 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | 19176-1711 |
| 520405180 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2024 20:49:22 | Synchrony/PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520405179 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2024 20:49:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520405182 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 21 2024 20:50:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520405181 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 21 2024 20:50:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste. 599, Weldon Springs, MO 63304-2225 |
| 520405184 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 21 2024 20:49:20 | Wells Fargo Bank, NA, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Ibilola A Ighama-Amegor herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4