| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank, et al. | |
| In Re:<br><br>Ibilola A. Ighama-Amegor,<br><br>Debtor. | Case No.:   24-19551-JKS<br><br>Chapter:   13<br><br>Hearing Date:   12/12/2024<br><br>Judge:   Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 17)

_____

Date: 12/5/2024                                            /s/ Denise Carlon
                                                                          Signature

*rev.8/1/15*