Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−19551−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ibilola A Ighama−Amegor
   aka Ibilola A Amegor, aka Ibilola A
   Ighama
   202−204 Keer Avenue
   Newark, NJ 07112

Social Security No.:
   xxx−xx−3314

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 18, 2024.

Dated: December 18, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19551-JKS |
| Ibilola A Ighama-Amegor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: plncf13 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ibilola A Ighama-Amegor, 202-204 Keer Avenue, Newark, NJ 07112 |
| 520405167 | + | Deutsche Bank National Trust Company, Attn: KML Law Group, PC, Mellon Independence Center, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 520405168 | + | Intensive Supervision Program, 1510 Hooper Avenue, #120, Toms River, NJ 08753-2228 |
| 520405171 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 520405170 | | Mountainside Hospital, Bay Avenue and Highland Avenue, Bloomfield, NJ 07003 |
| 520405169 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 520405174 | + | North Jersey Federal Credit Union, Customer Service, P0 Box 30495, Tampa, FL 33630-3495 |
| 520405175 | + | North Jersey Federal Credit Union, PO Box 31279, Tampa, FL 33631-3279 |
| 520405183 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520405162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 21:07:44 | Best Buy, PO Box 9001557, Louisville, KY 40290-1557 |
| 520405164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2024 21:19:37 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520405163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2024 21:07:55 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 520405165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2024 21:08:03 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520405166 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Dec 18 2024 20:56:00 | City of Newark, Tax Collector, 920 Broad Street, Rm. 104, Newark, NJ 07102-2696 |
| 520477559 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 18 2024 20:57:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520472477 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2024 20:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520405172 | + | Email/Text: bankruptcy@njfcu.org | Dec 18 2024 20:56:00 | North Jersey Federal Credit Union, 30 Bergen St., Newark, NJ 07107-3000 |
| 520405173 | + | Email/Text: bankruptcy@njfcu.org | Dec 18 2024 20:56:00 | North Jersey Federal Credit Union, 711 Union Blvd., Totowa, NJ 07512-2207 |
| 520405176 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 18 2024 20:57:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Ref: F-29953-08), Salt Lake City, UT |

Case 24-19551-JKS    Doc 29    Filed 12/20/24    Entered 12/21/24 00:15:35    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 18, 2024 | Form ID: plncf13 | Total Noticed: 28 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | 84119-3284 |
| 520405177 + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 18 2024 20:57:00 | Select Portfolio Servicing, LLC, 10401 Deerwood Park Blvd, Ref: F-29953-08), Jacksonville, FL 32256-0505 |
| 520405178 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 20:53:55 | Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520405180 + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 21:08:36 | Synchrony/PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520405179 + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 21:07:40 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520405182 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 18 2024 20:55:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520405181 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 18 2024 20:55:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste. 599, Weldon Springs, MO 63304-2225 |
| 520405184 + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 18 2024 21:19:55 | Wells Fargo Bank, NA, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Ibilola A Ighama-Amegor herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4