HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  IBILOLA A IGHAMA-AMEGOR
202-204 KEER AVENUE
NEWARK,  NJ  07112

Atty:  HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
**Chapter 13 Case # 24-19551**

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 11/04/2024 | $500.00 | | 12/05/2024 | $500.00 | |

**Total Receipts: $1,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 90.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,850.00 | 100.00% | 1,410.00 | 2,440.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BEST BUY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITI CARD/BEST BUY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CITY OF NEWARK | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | INTENSIVE SUPERVISION PROGRAM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MOUNTAINSIDE HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | NORTH JERSEY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 216.51 | 100.00% | 0.00 | 216.51 |
| 0021 | VERIZON WIRELESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 231.92 | 100.00% | 0.00 | 231.92 |

**Total Paid: $1,500.00**
See Summary

**Chapter 13 Case # 24-19551**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $1,000.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $1,500.00     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
     VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.