Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  24−19551−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ibilola A Ighama−Amegor
    aka Ibilola A Amegor, aka Ibilola A
    Ighama
    202−204 Keer Avenue
    Newark, NJ 07112

Social Security No.:
    xxx−xx−3314

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      6/26/25
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
$3,200.00

EXPENSES
$60.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 27, 2025
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19551-JKS |
| Ibilola A Ighama-Amegor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 27, 2025 | Form ID: 137 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ibilola A Ighama-Amegor, 202-204 Keer Avenue, Newark, NJ 07112 |
| 520405167 | + | Deutsche Bank National Trust Company, Attn: KML Law Group, PC, Mellon Independence Center, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 520405168 | + | Intensive Supervision Program, 1510 Hooper Avenue, #120, Toms River, NJ 08753-2228 |
| 520405171 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 520405170 | | Mountainside Hospital, Bay Avenue and Highland Avenue, Bloomfield, NJ 07003 |
| 520405169 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 520405174 | + | North Jersey Federal Credit Union, Customer Service, P0 Box 30495, Tampa, FL 33630-3495 |
| 520405175 | + | North Jersey Federal Credit Union, PO Box 31279, Tampa, FL 33631-3279 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2025 22:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2025 22:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520405162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2025 22:54:13 | Best Buy, PO Box 9001557, Louisville, KY 40290-1557 |
| 520405164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2025 22:53:50 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520405163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2025 22:54:06 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 520405165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2025 22:53:36 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520405166 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | May 27 2025 22:36:00 | City of Newark, Tax Collector, 920 Broad Street, Rm. 104, Newark, NJ 07102-2696 |
| 520600245 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | May 27 2025 22:36:00 | City of Newark, Dept. of Water & Sewer Utilit, City of Newark, Dept. Water & Sewer Util, c/o Department of Law, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 520600171 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | May 27 2025 22:36:00 | City of Newark, Tax Collector's Office, c/o Department of Law, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 520477559 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2025 22:37:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520472477 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2025 22:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520405172 | + | Email/Text: bankruptcy@njfcu.org | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520405173 | + | Email/Text: bankruptcy@njfcu.org | May 27 2025 22:36:00 | North Jersey Federal Credit Union, 30 Bergen St., Newark, NJ 07107-3000 |
| | | | May 27 2025 22:36:00 | North Jersey Federal Credit Union, 711 Union Blvd., Totowa, NJ 07512-2207 |
| 520405176 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2025 22:37:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Ref: F-29953-08), Salt Lake City, UT 84119-3284 |
| 520405177 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2025 22:37:00 | Select Portfolio Servicing, LLC, 10401 Deerwood Park Blvd, Ref: F-29953-08), Jacksonville, FL 32256-0505 |
| 520405178 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2025 23:04:37 | Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520405180 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2025 22:54:01 | Synchrony/PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520405179 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 27 2025 22:53:53 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520405182 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2025 22:35:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520405181 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2025 22:35:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste. 599, Weldon Springs, MO 63304-2225 |
| 520405183 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 27 2025 22:54:07 | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 520405184 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 27 2025 22:53:51 | Wells Fargo Bank, NA, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

**Name**          **Email Address**

Cory Francis Woerner
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 cwoerner@raslg.com

Denise E. Carlon

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 27, 2025 | Form ID: 137 | Total Noticed: 30 |

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond

on behalf of Debtor Ibilola A Ighama-Amegor herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

Nathalie Rodriguez

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 nrodriguez@raslg.com, NJbkyecf@flwlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6