UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Ibiloa A. Ighama-Amegor,

Debtor.

Case No.:       24-19551-JKS

Chapter:            13

Hearing Date:    10/9/2025

Judge:            Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relief from Stay re: 202-204 Keer Avenue, Newark, NJ (Docket # 50)

Date: 10/02/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*