UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

Order Filed on January 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

IBILOLA IGHAMA-AMEGOR, DEBTOR(S)

Case No.:   24-19551 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 14, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Ibilola Ighama-Amegor, Debtor(s)

Case no. 24-19551 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,750.00** for services rendered and expenses in the amount **$0** for a total of **$1,750.00**. The allowance shall be payable

   ___XXXX___  through the Chapter 13 plan as an administrative priority.

   _____ outside the plan.

 In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.