HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:   IBILOLA A IGHAMA-AMEGOR
      202-204 KEER AVENUE
      NEWARK,  NJ  07112

Atty:   HERBERT B. RAYMOND, ESQ.
        7 GLENWOOD AVENUE
        4TH FLOOR SUITE 408
        EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-19551

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2024 | $500.00 | | 12/05/2024 | $500.00 | |
| 01/06/2025 | $500.00 | | 02/03/2025 | $500.00 | |
| 03/06/2025 | $500.00 | | 04/03/2025 | $500.00 | |
| 05/05/2025 | $500.00 | | 06/03/2025 | $500.00 | |
| 07/07/2025 | $500.00 | | 08/04/2025 | $500.00 | |
| 09/04/2025 | $500.00 | | 10/06/2025 | $500.00 | |
| 11/03/2025 | $500.00 | | 12/05/2025 | $500.00 | |
| 01/06/2026 | $500.00 | | | | |

**Total Receipts: $7,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 425.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,860.00 | 100.00% | 6,135.00 | 2,725.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BEST BUY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITI CARD/BEST BUY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CITY OF NEWARK, TAX COLLECTOR | PRIORITY | 6,881.01 | 100.00% | 0.00 | 6,881.01 |
| 0006 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | INTENSIVE SUPERVISION PROGRAM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MOUNTAINSIDE HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | NORTH JERSEY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 216.51 | 100.00% | 0.00 | 216.51 |
| 0021 | VERIZON WIRELESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-19551**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|--------------------|-----:|-----------------:|
| 0023 | WELLS FARGO BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 231.92 | 100.00% | 0.00 | 231.92 |
| 0025 | CITY OF NEWARK, DEPT. OF WATER & SE | PRIORITY | 968.10 | 100.00% | 0.00 | 968.10 |

**Total Paid:  $6,560.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $7,500.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $6,560.00   =   Funds on Hand: $940.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.