UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

Order Filed on February 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

IBILOLA IGHAMA-AMEGOR,

DEBTOR

Case No.: 24-19551

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 10, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  11/17/25   :

Property:  202-204 Keer Avenue, Newark, NJ

Creditor:  Deutsche Bank National Trust/Select Portfolio Servicing

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  DEBTOR , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  5/3/26  .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2