Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24−19551−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ibilola A Ighama−Amegor
   aka Ibilola A Amegor, aka Ibilola A
   Ighama
   202−204 Keer Avenue
   Newark, NJ 07112

Social Security No.:
   xxx−xx−3314

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 18, 2024.

On 03/10/2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                    April 23, 2026
Time:                    08:30 AM
Location:                Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 11, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19551-JKS |
| Ibilola A Ighama-Amegor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 11, 2026 | Form ID: 185 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ibilola A Ighama-Amegor, 202-204 Keer Avenue, Newark, NJ 07112 |
| 520405167 | + | Deutsche Bank National Trust Company, Attn: KML Law Group, PC, Mellon Independence Center, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 520405168 | + | Intensive Supervision Program, 1510 Hooper Avenue, #120, Toms River, NJ 08753-2228 |
| 520405170 | | Mountainside Hospital, Bay Avenue and Highland Avenue, Bloomfield, NJ 07003 |
| 520405169 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 520405171 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 520405174 | + | North Jersey Federal Credit Union, Customer Service, P0 Box 30495, Tampa, FL 33630-3495 |
| 520405175 | + | North Jersey Federal Credit Union, PO Box 31279, Tampa, FL 33631-3279 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2026 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2026 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520405162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2026 21:37:55 | Best Buy, PO Box 9001557, Louisville, KY 40290-1557 |
| 520405164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 21:38:47 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520405163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 21:39:33 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 520405165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 21:38:45 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520405166 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Mar 11 2026 21:29:00 | City of Newark, Tax Collector, 920 Broad Street, Rm. 104, Newark, NJ 07102-2696 |
| 520600245 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Mar 11 2026 21:29:00 | City of Newark, Dept. of Water & Sewer Utilit, City of Newark, Dept. Water & Sewer Util, c/o Department of Law, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 520600171 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Mar 11 2026 21:29:00 | City of Newark, Tax Collector's Office, c/o Department of Law, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 520477559 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 11 2026 21:30:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520472477 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2026 21:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520405172 | + | Email/Text: bankruptcy@njfcu.org | | |

District/off: 0312-2                              User: admin                                    Page 2 of 3

Date Rcvd: Mar 11, 2026                          Form ID: 185                                    Total Noticed: 30

| | | Mar 11 2026 21:30:00 | North Jersey Federal Credit Union, 30 Bergen St., Newark, NJ 07107-3000 |
| 520405173 | + Email/Text: bankruptcy@njfcu.org | | |
| | | Mar 11 2026 21:30:00 | North Jersey Federal Credit Union, 711 Union Blvd., Totowa, NJ 07512-2207 |
| 520405176 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Mar 11 2026 21:30:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Ref: F-29953-08), Salt Lake City, UT 84119-3284 |
| 520405177 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Mar 11 2026 21:30:00 | Select Portfolio Servicing, LLC, 10401 Deerwood Park Blvd, Ref: F-29953-08), Jacksonville, FL 32256-0505 |
| 520405178 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 11 2026 21:37:55 | Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520405180 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 11 2026 21:39:27 | Synchrony/PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520405179 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 11 2026 21:39:27 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520405182 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Mar 11 2026 21:28:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520405181 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Mar 11 2026 21:28:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste. 599, Weldon Springs, MO 63304-2225 |
| 520405183 | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 11 2026 21:38:00 | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 520405184 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 11 2026 21:38:23 | Wells Fargo Bank, NA, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Cory Francis Woerner

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 cwoerner@raslg.com

District/off: 0312-2                          User: admin                                Page 3 of 3
Date Rcvd: Mar 11, 2026                    Form ID: 185                           Total Noticed: 30

Denise E. Carlon

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust
Mortgage Pass-Through Certificates, Series 2004-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond

on behalf of Debtor Ibilola A Ighama-Amegor herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Levi Chaimowitz

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust
Mortgage Pass-Through Certificates, Series 2004-1 chamo549@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

Nathalie Rodriguez

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust
Mortgage Pass-Through Certificates, Series 2004-1 nrodriguez@raslg.com, NJbkyecf@flwlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vincent Alexander Aprile

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust
Mortgage Pass-Through Certificates, Series 2004-1 vaprile@raslg.com


TOTAL: 8