<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, STONE & WASHBURNE

Michael R. DuPont, Esquire (MRD/2077)

PO Box 610

229 Broad Street

Red Bank, NJ 07701-0610

732.741.6681

Counsel for North Jersey Federal Credit Union

</td><td></td></tr>
<tr><td>

In Re:

Ibilola Ighama-Amegor

</td><td>

Case No. 24-19551

Chapter: 13

Judge: JKS

</td></tr>
</table>

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of North Jersey Federal Credit Union.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

  McKENNA, DuPONT, STONE & WASHBURNE
  Attention: Michael R. DuPont, Esquire
  PO Box 610
  229 Broad Street
  Red Bank, NJ 07701-0610
  Email: dupont@redbanklaw.com

DOCUMENTS:

  ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

  ☐  All documents and pleadings of any nature.

    McKENNA, DuPONT, STONE & WASHBURN, PC
    Counsel to North Jersey Federal Credit Union

    ***/s/ Michael R. DuPont, Esquire***
    MICHAEL R. DuPONT, Esq.

Dated: March 31, 2026

*new.8/1/15*