Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−19551−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Ibilola A Ighama−Amegor
    aka Ibilola A Amegor, aka Ibilola A
    Ighama
    202−204 Keer Avenue
    Newark, NJ 07112

Social Security No.:
    xxx−xx−3314

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 24, 2026.

Dated: April 24, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-19551-JKS

Ibilola A Ighama-Amegor                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                            Page 1 of 3

Date Rcvd: Apr 24, 2026                         Form ID: plncf13                        Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ibilola A Ighama-Amegor, 202-204 Keer Avenue, Newark, NJ 07112 |
| cr | + | North Jersey Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520405167 | + | Deutsche Bank National Trust Company, Attn: KML Law Group, PC, Mellon Independence Center, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 520405168 | + | Intensive Supervision Program, 1510 Hooper Avenue, #120, Toms River, NJ 08753-2228 |
| 520405171 | + | Mountainside Hospital, PO Box 35612, Newark, NJ 07199-0001 |
| 520405170 | | Mountainside Hospital, Bay Avenue and Highland Avenue, Bloomfield, NJ 07003 |
| 520405169 | + | Mountainside Hospital, PO Box 1330, Mountainside, NJ 07092 |
| 520405174 | + | North Jersey Federal Credit Union, Customer Service, P0 Box 30495, Tampa, FL 33630-3495 |
| 520405175 | + | North Jersey Federal Credit Union, PO Box 31279, Tampa, FL 33631-3279 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 24 2026 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 24 2026 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520405162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:32 | Best Buy, PO Box 9001557, Louisville, KY 40290-1557 |
| 520405164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 21:48:37 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520405163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 21:48:49 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 520405165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 21:48:36 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520405166 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Apr 24 2026 21:47:00 | City of Newark, Tax Collector, 920 Broad Street, Rm. 104, Newark, NJ 07102-2696 |
| 520600245 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Apr 24 2026 21:47:00 | City of Newark, Dept. of Water & Sewer Utilit, City of Newark, Dept. Water & Sewer Util, c/o Department of Law, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 520600171 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Apr 24 2026 21:47:00 | City of Newark, Tax Collector's Office, c/o Department of Law, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 520477559 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2026 21:48:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520472477 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2026 21:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: plncf13 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| 520405172 | + Email/Text: bankruptcy@njfcu.org | Apr 24 2026 21:47:00 | North Jersey Federal Credit Union, 30 Bergen St., Newark, NJ 07107-3000 |
| 520405173 | + Email/Text: bankruptcy@njfcu.org | Apr 24 2026 21:47:00 | North Jersey Federal Credit Union, 711 Union Blvd., Totowa, NJ 07512-2207 |
| 520405176 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2026 21:48:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Ref: F-29953-08), Salt Lake City, UT 84119-3284 |
| 520405177 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2026 21:48:00 | Select Portfolio Servicing, LLC, 10401 Deerwood Park Blvd, Ref: F-29953-08), Jacksonville, FL 32256-0505 |
| 520405178 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:31 | Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520405180 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:43 | Synchrony/PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520405179 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:56 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520405182 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2026 21:45:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520405181 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2026 21:45:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste. 599, Weldon Springs, MO 63304-2225 |
| 520405183 | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 24 2026 21:48:47 | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 520405184 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 24 2026 21:48:57 | Wells Fargo Bank, NA, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 cwoerner@raslg.com |

District/off: 0312-2       User: admin       Page 3 of 3

Date Rcvd: Apr 24, 2026       Form ID: plncf13       Total Noticed: 31

**Herbert B. Raymond**

on behalf of Debtor Ibilola A Ighama-Amegor herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

**Levi Chaimowitz**

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 chamo549@gmail.com

**Marie-Ann Greenberg**

magecf@magtrustee.com

**Matthew K. Fissel**

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

**Michael R. DuPont**

on behalf of Creditor North Jersey Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

**Nathalie Rodriguez**

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 nrodriguez@raslg.com, NJbkyecf@flwlaw.com

**U.S. Trustee**

USTPRegion03.NE.ECF@usdoj.gov

**Vincent Alexander Aprile**

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-1 vaprile@raslg.com

TOTAL: 9