UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

**Order Filed on August 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

IBILOLA IGHAMA-AMEGOR,

DEBTOR

Case No.: _____24-19551_____

Chapter: _____13_____

Judge: _____JKS_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  5/12/26               :

Property:        202-204 Keer Avenue, Newark, NJ

Creditor:        Deutsche Bank National Trust/Select Portfolio Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  DEBTOR               , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by                             , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  11/3/26               .

☐ The Loss Mitigation Period is terminated, effective                             .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*