# RAYMOND & RAYMOND

Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711

Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com


August 25, 2026

Honorable John Sherwood, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

Re: Ibilola Ighama-Amegor, Debtor(s)
24-19551
Chapter 13
Proceeding: Deutsche Bank's Application for Early Termination of Loss Mitigation
Hearing Date: To Be Determined

Dear Judge Sherwood:

Please accept this letter in opposition to the above matter.

Deutsche Bank's ("Deutsche") application is based on an allegation that the debtor has "not responded to requests for additional documents" since the time that the DMM Web Portal has been opened.

However, this is incorrect and not in any way supported by their supporting documentation. In fact Deutsche attaches a sixty-six (66!) page record of DMM Web Portal communications between my office and Deutsche spanning the last 16 months since the DMM Potal was opened. So it is wholly unclear what basis Deutsche believes they had when they filed the application. It is true that as of August 13th, additional documents were pending, a mere 6 days before the application was filed. These additional documents have since been provided.

So, the evidence is clear that debtor has been very much so engaging with Deutsche in the Loss Mitigation process. Therefor, the application should be denied.

Respectfully submitted,

/S/ HERBERT B. RAYMOND, ESQ.
------------------------------

HERBERT B. RAYMOND, ESQ.