Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−19551−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ibilola A Ighama−Amegor
aka Ibilola A Amegor, aka Ibilola A
Ighama
202−204 Keer Avenue
Newark, NJ 07112

Social Security No.:
xxx−xx−3314

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/24/26 at 10:00 AM

to consider and act upon the following:

***83*** − Application for Early Termination of Loss Mitigation Period. Filed by Matthew K. Fissel on behalf of Deutsche Bank National Trust Company, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass−Through Certificates, Series 2004−1. Objection deadline is 8/26/2026. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Fissel, Matthew)

***84*** − Debtor's Attorney's Letter in Opposition to (related document:83 Application for Early Termination of Loss Mitigation Period. Filed by Matthew K. Fissel on behalf of Deutsche Bank National Trust Company, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass−Through Certificates, Series 2004−1. Objection deadline is 8/26/2026. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass−Through Certificates, Series 2004−1) filed by Herbert B. Raymond on behalf of Ibilola A Ighama−Amegor. (Raymond, Herbert)

Dated: 8/26/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court